UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY KELLEY,

     Plaintiff,

v.

WAL-MART STORES, INC.,

     Defendant.

CASE NO. 4:17-cv-0377-RH-CAS

## DEFENDANT'S DISCLOSURE STATEMENT

In accordance with Rule 7.1, Federal Rules of Civil Procedure, Defendant Wal-Mart Stores, Inc., files its Disclosure Statement as follows:

There is no parent corporation of Wal-Mart Stores, Inc.; and no publicly held corporation that owns 10% or more of Wal-Mart Stores, Inc.

Dated: this 30th day of August, 2017.

Respectfully submitted,

FORD**HARRISON** LLP

By: s/ Amy R. Turci
Amy R. Turci
Florida Bar No. 0349630
aturci@fordharrison.com
smcquaide@fordharrison.com

Peter Reed Corbin
Of Counsel
Florida Bar No. 198374
pcorbin@fordharrison.com

FORD**HARRISON**[LLP]
225 Water Street, Suite 710
Jacksonville, Florida  32203
T (904) 357-2000 | F (904) 357-2001


Attorneys for Defendant,
Wal-Mart Stores, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically send a notice of electronic filing upon the following:

>Marie A. Mattox, Esquire
>MARIE A. MATTOX, P.A.
>310 East Bradford Road
>Tallahassee, FL 32303
>
>Attorneys for Plaintiff

     s/ Amy R. Turci
          Attorney

WSACTIVELLP:9293630.1